```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                      TAMPA DIVISION
```

VERA CARLOTTA CREECH,

       Plaintiff,

v.                                CASE NO:   8:11-cv-1246-T-33MAP

WAL-MART STORES INC., et al.,

       Defendants.
_____/

**ORDER**

    This cause comes before the Court pursuant to Defendant Wal-Mart's Notice of Removal (Doc. # 1).  Defendant bases the removal on diversity of citizenship.  See 28 U.S.C. §§ 1332 and 1441.  While Defendant properly alleges that the parties are diverse, Defendant, as to amount in controversy, states only that "Plaintiff seeks money damages for alleged personal injuries that exceed $75,000.00."  Doc. # 1 at ¶ 5.  A review of the file reveals that the Amended Complaint states only that "This is an action for damages that exceed FIFTEEN THOUSAND DOLLARS ($15,000.00)." (Doc. # 3, ¶ 1).  The jurisdictional amount is not otherwise apparent from the face of the Amended Complaint.

    In Williams v. Best Buy Company, Inc., 269 F.3d 1316, 1319-20 (11th Cir. 2001), the Eleventh Circuit held that if the requisite jurisdictional amount is not facially apparent

from the complaint (as is the case here), the district court should look to the notice of removal and may require the defendant to submit evidence supporting its claim. "A conclusory allegation in the notice of removal that the jurisdictional amount is satisfied, without setting forth the underlying facts supporting such an assertion, is insufficient to meet the defendant's burden." Id. Further, it is the removing defendant's burden to show by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional amount.

On June 13, 2011, this Court entered an Order directing Defendant to submit evidence in the form contemplated under Fed. R. Civ. P. 56(e) supporting the claim that the amount in controversy as to this matter exceeds $75,000. (Doc. # 5). Defendant sought and received an extension of time up to and including July 18, 2011, within which to provide supporting evidence regarding amount in controversy. A review of the file reveals that Defendant has failed to file any supporting evidence regarding amount in controversy. Defendant has not met its burden of showing by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional amount.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

This Court lacks jurisdiction over this matter. The Clerk is directed to remand this matter to the state court and close the case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 19th day of July, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

3